983 A.2d 196

STATE OF NEW JERSEY, PLAINTIFF-MOVANT, v. DONALD KAYHART, DEFENDANT-RESPONDENT.

October 8, 2009.

ORDERED that the motion for leave to appeal is granted.

983 A.2d 197

MELISSA LEE, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED, PLAINTIFF-MOVANT, v. CARTER-REED COMPANY, L.L.C., ETC., ET AL., DEFENDANTS-RESPONDENTS.

October 23, 2009.

ORDERED that the motion for leave to appeal is granted.